UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIC ANTHONY LOPEZ,<br><br>   Petitioner,<br><br>   v.<br><br>JOE SULLIVAN, Warden,<br><br>   Respondent. | No. EDCV 06-0078-AHM (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation after having made a *de novo* determination of the portions to which objections were directed.

Petitioner's renewed motion for appointment of counsel, and renewed motion for a copy of his trial transcripts are denied. Petitioner's motion for an evidentiary hearing also is denied.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/17/08

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE