UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIC ANTHONY LOPEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JOE SULLIVAN, Warden,<br><br>    Respondent. | No. EDCV 06-0078-AHM (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 10/17/08

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE